UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SIMON THORNTON,

Plaintiff,

v.

ANN MOORMAN,

Defendant.

Case No. 21-cv-03661-WHO (PR)

**ORDER OF DISMISSAL**

Dkt. No. 3

## INTRODUCTION

Plaintiff Simon Thornton alleges Ann Moorman, the California state court judge who presided over his criminal trial, issued a ruling that violated his constitutional rights. His 42 U.S.C. § 1983 complaint containing these allegations is now before me for review pursuant to 28 U.S.C. § 1915A(a). This federal civil rights suit is DISMISSED. State court judges are absolutely immune from suit under § 1983 for actions performed in their judicial capacity.

## STANDARD OF REVIEW

A federal court must conduct a preliminary screening in any case in which a prisoner seeks redress from a governmental entity or officer or employee of a governmental entity. *See* 28 U.S.C. § 1915A(a). In its review, the court must identify any cognizable claims and dismiss any claims that are frivolous, malicious, fail to state a claim upon which relief may be granted or seek monetary relief from a defendant who is immune from such relief. *See id.* § 1915A(b)(1), (2). Pro se pleadings must be liberally construed. *See Balistreri v. Pacifica Police Dep't*, 901 F.2d 696, 699 (9th Cir. 1988).

A "complaint must contain sufficient factual matter, accepted as true, to 'state a claim to relief that is plausible on its face.'" *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009) (quoting *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544, 570 (2007)). "A claim has facial plausibility when the plaintiff pleads factual content that allows the court to draw the reasonable inference that the defendant is liable for the misconduct alleged." *Id.* (quoting

1   *Twombly*, 550 U.S. at 556).  Furthermore, a court "is not required to accept legal

2   conclusions cast in the form of factual allegations if those conclusions cannot reasonably

3   be drawn from the facts alleged."  *Clegg v. Cult Awareness Network*, 18 F.3d 752, 754-55

4   (9th Cir. 1994).

5        To state a claim under 42 U.S.C. § 1983, a plaintiff must allege two essential

6   elements:  (1) that a right secured by the Constitution or laws of the United States was

7   violated, and (2) that the alleged violation was committed by a person acting under the

8   color of state law.  *See West v. Atkins*, 487 U.S. 42, 48 (1988).

9                                    **DISCUSSION**

10       Thornton alleges that state court judge Ann Moorman, who presided over his

11  criminal trial in Mendocino County, issued a ruling during his trial that violated his

12  constitutional rights.  (Am. Compl., Dkt. No. 5 at 2-3.)[1]  Such a claim cannot proceed.  A

13  state judge is absolutely immune from civil liability for damages for acts performed in his

14  or her judicial capacity.  *See Pierson v. Ray*, 386 U.S. 547, 553-55 (1967); *Duvall v.*

15  *County of Kitsap*, 260 F.3d 1124, 1133 (9th Cir. 2001).  Accordingly, this federal civil

16  rights action will be dismissed.

17                                   **CONCLUSION**

18       This federal civil rights suit is DISMISSED.  The Clerk shall terminate all pending

19  motions, enter judgment in favor of defendant, and close the file.

20       **IT IS SO ORDERED.**

21   **Dated:**  September 22, 2021



WILLIAM H. ORRICK
United States District Judge

---

[1] Thornton's motion for leave to file an amended complaint is GRANTED.  (Dkt. No. 3.)

United States District Court
Northern District of California